```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 08226
   MAE B CARROLL
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-4703


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 05/04/2007 and was confirmed 07/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 04/17/2008.
----------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------
   GMAC MORTGAGE             CURRENT MORTG          .00            .00             .00
   GMAC MORTGAGE             MORTGAGE ARRE     14720.75            .00          366.92
   INTERNAL REVENUE SERVICE  PRIORITY          16769.04            .00             .00
   NICOR GAS                 UNSECURED          1156.01            .00             .00
   GMAC MORTGAGE             NOTICE ONLY      NOT FILED            .00             .00
   INTERNAL REVENUE SERVICE  UNSECURED           511.20            .00             .00
   ERNESTO D BORGES JR       DEBTOR ATTY       2,500.00                       2,500.00
   TOM VAUGHN                TRUSTEE                                            213.08
   DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
   ----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
   ----------------------------------------------------------------------
   TRUSTEE                       3,080.00

   PRIORITY                                              .00
   SECURED                                            366.92
   UNSECURED                                             .00
   ADMINISTRATIVE                                   2,500.00
   TRUSTEE COMPENSATION                               213.08
   DEBTOR REFUND                                         .00
                           ---------------     ---------------
   TOTALS                        3,080.00          3,080.00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08226 MAE B CARROLL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |